IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PHYSICIANS RELIANCE ASSOCIATION, INC., )
By and Through Its Chapter 7 Trustee, )
JAMES R. MARSHALL )
Plaintiff, ) Case Number: MISC05-152
V. )
)
MICHAEL JOSEPH INFANTOLINO, M.D. )
Defendant. )

LINE OF SATISFACTION OF JUDGMENT

CLERK OF THE COURT

PLEASE MARK the Judgment entered against the above named Defendant in the above-captioned case as "PAID AND SATISFIED"

Respectfully submitted,

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
834 Inman Village Pkwy, NE
Suite 220
Atlanta, GA 30307

cc: Dean G. Robinson, Esq.
670 Willett Ave
East Providence, RI 02915